UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:08-CR-75 |
| ) | |
| BENJAMIN DANIELS ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Benjamin D. Daniels (D.E. # 18) filed on July 31, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Benjamin D. Daniels's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(2). Sentencing in this case is set for Wednesday December 10, 2008, at 12:30 p.m.

SO ORDERED.

**DATED: August 22, 2008**        /s/ RUDY LOZANO, Judge
                                 **United States District Court**